**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**RICKY LYNN FABRY
ADC # 82481**                                                                                **PLAINTIFF**

**v.**                                    **CASE NO. 5:10CV00298 BSM/BD**

**RAY HOBBS,** *et al.*                                                                    **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED,

ORDERED, and ADJUDGED that this case is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 27th day of January, 2011.


_____
UNITED STATES DISTRICT JUDGE